**IT IS SO ORDERED.**

**SIGNED THIS: April 6, 2015**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    KEVIN J. VARNER and ) | |
|    DAWN M. VARNER, ) | Case No. 14-91200 |
| ) | |
|    **Debtors.** ) | **Chapter 13** |

**STIPULATED ORDER TO MODIFY THE PLAN**

NOW COMES, the Debtors, and the Chapter 13 Standing Trustee, Marsha L. Combs-Skinner, by and through their attorneys and for their order to Modify the Plan, the Trustee and the Debtors stipulate as follows:

1. The Debtors' First Amended Plan was confirmed on February 5, 2015.

2. The amount provided for each of the following creditors through the Plan is less than the amount listed in the Proof of Claim and shall be allowed as claimed:

| Creditor | Claim number | Type of Claim | Claimed Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

3. The amount provided for each of the following creditors through the Plan is more than the amount listed in the Proof of Claim and shall be allowed as claimed:

| Creditor | Claim number | Type of Claim | Claimed Amount |
|---|---|---|---|
| Illinois Department of Revenue | 12 | Priority | $1,496.55 |
| Internal Revenue Service | 13-4 | Priority | $12,146.57 |
| Wells Fargo Bank, N.A. | 14 | Arrearage | $8,968.65 |
|  |  |  |  |

4. If applicable, Interest on the above claims will be paid at the same rate as allowed in the Plan.

5. The debtors are current in their payments to the Trustee.

6. As a result of this modification, the monthly plan payment will remain the same as the Confirmed Plan.

7. The amount paid to the unsecured creditors shall be increased by the reduction to the Creditors as indicated herein and the modification has been proposed in good faith.

8. The modification to the Debtors' Plan is necessary to pay the proper amount to the listed Creditors and is in the best interest of the Debtors.

IT IS HEREBY ORDERED that the Debtors' Plan is modified for the claims of Illinois Department of Revenue, Internal Revenue Service and Wells Fargo Bank, N.A. which are allowed as filed with Interest to be paid at the rate allowed in the Plan and the amount to be paid to the unsecured creditors shall be increased.

/s/ Kevin Hays                                          /s/Curtis Anderson
  Staff Attorney for                                      Attorney for Debtors

Marsha L. Combs-Skinner                    Curtis Anderson
Chapter 13 Standing Trustee                 7 E. Harrison Street
Central District of Illinois                       Danville, IL  61832
108 S. Broadway, P.O. Box 349            (217)446-5297
Newman, IL 61942                               1andersonlaw@comcast.net
Telephone: 217-837-9730 ext. 201
E-Mail: Kevin@Danville13.com

                                                              /s/Kevin J. Varner
                                                                Kevin J. Varner, Debtor

                                                              /s/Dawn M. Varner
                                                                Dawn M. Varner, Joint Debtor

###