**IT IS SO ORDERED.**

**SIGNED THIS: November 8, 2018**

_____
William V. Altenberger
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

IN RE:                                              Case Number:  14-91200

Kevin J. Varner
Dawn M. Varner                                      CHAPTER 13


    Debtor

**AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST AS TO PROPERTY LOCATED AT
16104 POTTERS WOODS RD., DANVILLE, IL 61834-5935**

   This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, US Bank Trust National Association, as Trustee of the SCIG Series III Trust ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtors provided that said Debtors were to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding the real property located at 16104 POTTERS WOODS RD., DANVILLE, IL 61834-5935 ("Property").

2. In breach of the terms of said Plan, the Debtors failed to make certain of the regular monthly payments to Movant; said payments are currently in default from June 1, 2018

    through and including October 1, 2018 in the amount of $651.10, each, as well as fees and costs of $1,031.00 for a total of $4,286.50.

3. In order to eliminate said post-petition delinquency, the Debtors hereby agree to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $714.42 on or before November 15, 2018.
    b. $714.42 on or before December 15, 2018.
    c. $714.42 on or before January 15, 2019.
    d. $714.42 on or before February 15, 2019.
    e. $714.42 on or before March 15, 2019.
    f. $714.40 on or before April 15, 2019.

4. These lump sum payments are in addition to the regular monthly payment in the amount of $651.10. The next monthly payment was due on November 1, 2018 and it must be paid prior to November 15, 2018. All future regular monthly payments are due on or before the 1st day of each month.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtors' account number and be sent to:

    SN Servicing Corp
    PO Box 660820
    Dallas, TX 75266-0820

6. In the event that said Debtors should fail to make any of the lump sum payments herein described on or before their specified due dates, or should the Debtors fail to pay any future monthly payments so that said payments are not received by Movant by the last day of the month in which it is due, then, or in either of those events, Movant shall give ten (10) days' notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file with the Court an affidavit certifying that the Debtors are in default under the terms of the Agreed Order and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant with relief from stay and abandonment.

/s/ D. Anthony Sottile
D. Anthony Sottile (IN 27696-49)
Sottile and Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com

/s/ Terrence Miles
Terrence Miles
301 W North
Danville, IL 61832
Phone: (217) 442-3947
packs@aol.com
(Per e-mail authorization received 11/06/2018)

# # #